## PRIMUS HOLMES v. LUCIEN BREWER.

*Practice—Affirmance of Judgment.*

When no error is called to the attention of this Court on appeal, and none appears on the record, the judgment below will be affirmed.

CIVIL ACTION for the recovery of land, tried before *Hoke*, *J.*, and a jury, at August Term, 1895, of MOORE Superior Court.   There was a verdict for the plaintiff and defendant appealed.

*Messrs. Black & Adams* and *Mr. W. E. Murchison*, for plaintiff.

*Messrs. Douglass & Spence*, for defendant (appellant).

FAIRCLOTH, C. J.:   The defendant has exercised his right of appeal for the pleasure of continuing litigation, or with the hope that something might "turn up" which he could not then foresee, on the theory that accidents will sometimes happen.   No error was called to our attention and on careful examination of the record we are unable to see any.   The errors assigned are all overruled.

Judgment Affirmed.